# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0825

VERSUS

DOUGLAS ROBERTSON

**NOVEMBER 18, 2024**

---

In Re:    Douglas Robertson, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          07-03-0089.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

                              MRT
                              WRC
                              CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT